FILED

12/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0342

_____

JEANNE JUDSON and LEE JUDSON,

Petitioners and Appellees,

v.                                                              O R D E R

CONNIE JUDSON,

Respondent and Appellant.

_____

Appellant Connie Judson was granted an extension of time to file and serve her opening brief on or before November 16, 2020. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than January 16, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2020